IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  CASE NO. 1:05-cv-00166-MP-AK

BANK ACCOUNT NUMBER 0835-870528-2
LOCATED AT CREDIT SUISSE, ZURICH,
SWITZERLAND AND THE BALANCE
CONTAINED THEREIN,

    Defendant.

_____/

### **DECREE OF FORFEITURE**

       This matter is before the Court on Doc. 7, Motion for Forfeiture of Property by United States of America.  On September 26, 2005, a Verified Complaint of Forfeiture In Rem against the Defendant, BANK ACCOUNT NUMBER 0835-870528-2 LOCATED AT CREDIT SUISSE, ZURICH, SWITZERLAND AND THE BALANCE CONTAINED THEREIN, was filed on behalf of the Plaintiff, United States of America.  The complaint alleges that the Defendant, BANK ACCOUNT NUMBER 0835-870528-2 LOCATED AT CREDIT SUISSE, ZURICH, SWITZERLAND AND THE BALANCE CONTAINED THEREIN is forfeitable to the United States of America pursuant to 18 U.S.C. §981.

       It appears that process was fully issued in this action according to law:

       That a Notice of Action and Arrest was published in the Downtown Planet, a newspaper of general circulation, the week of October 31, 2005.

       That on December 4, 2005, Karen L. Kenney, filed a Notice that she did not contest the forfeiture of the defendant property.

That Gilford Robson remains a fugitive.

That no other person or entity has filed a claim.

**NOW THEREFORE**, on Motion of the Plaintiff, United States of America, for a Decree Of Forfeiture, it is hereby

**ORDERED, ADJUDGED and DECREED** that the Defendant, BANK ACCOUNT NUMBER 0835-870528-2 LOCATED AT CREDIT SUISSE, ZURICH, SWITZERLAND AND THE BALANCE CONTAINED THEREIN, be forfeited to the United States of America and no right, title or interest in the property shall exist in any other party.  The Defendant property shall be disposed of according to law.

**DONE AND ORDERED** this  *16th*   day of March, 2006

      *s/Maurice M. Paul*
      Maurice M. Paul, Senior District Judge